■ CHARLENE F. WESSEL, Respondent, v. HARRY N. WESSEL, JR., Appellant.— In an action for separation, the defendant husband appeals, as limited by his notice of appeal and his brief, from so much of a judgment of the Supreme Court, Westchester County, dated April 5, 1968, as awarded alimony and support of the parties' two children in the sum of $12,000 per annum and directed him to pay outstanding bills in the sum of $2,331.51 for necessaries purchased by plaintiff. Judgment modified, on the law and the facts, by deleting from the tenth decretal paragraph thereof the following: "Twelve Thousand Dollars ($12,000.)" and "Five Hundred Dollars ($500.)" and substituting therefor: "Ten Thousand Dollars ($10,000)" and "Four Hundred Sixteen Dollars and Sixty Six Cents ($416.66)", respectively. As so modified, judgment affirmed insofar as appealed from, without costs. In our opinion, upon the instant record, the award of alimony and support in the sum of $12,000 per annum was excessive. Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

## (July 14, 1969)

■ In the Matter of PUB OF ORANGEBURG, INC., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Motion by petitioner for a stay, pending determination of proceeding, dismissed as academic, the proceeding being determined herewith. (See *Matter of Pub of Orangeburg* v. *State Liq. Auth.,* 32 A D 2d 1030.) Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

■ LILLIAN NELSEN et al., Appellants, v. CHARLES R. RAMPONE et al., Respondents.— Motion by respondents to direct appellants to submit, in appendix form, the entire record. Motion dismissed as academic in view of the dismissal of the appeal in a separate decision rendered herewith. Rabin, Acting P. J., Hopkins, Benjamin, Munder and Kleinfeld, JJ., concur.

■ ROBERT ALEXANDER, Respondent, v. EDWARD HALPER, Appellant.— Order of the Supreme Court, Queens County, dated December 6, 1968 and made on reargument and reconsideration, affirmed insofar as appealed from. No opinion. Appeal from order of the same court dated October 14, 1968 dismissed as academic. That order was superseded by the order made on reargument and reconsideration, dated December 6, 1968. A single bill of $10 costs and disbursements is allowed to respondent to cover both appeals. Rabin, Acting P. J., Hopkins, Benjamin, Martuscello and Kleinfeld, JJ., concur.